AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
AUG 15 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Sandra Haar<br>*Defendant* | )<br>) Case No: 1:18 CR - 0 0 1 5 5 LJO<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6-29-18

*[Defendant's signature]* 8-13-18
*Defendant's signature*

*[Attorney's signature]* 8/13/18
*Signature of defendant's attorney*

Paul Wolf
*Printed name of defendant's attorney*

*[Judge's signature]*
*Judge's signature*

Lawrence J. O'Neil, U.S. Dist Judge
*Judge's printed name and title*