| | |
|---|---|
| 1 | The Law Office of Paul Wolf |
| | Paul Delano Wolf, SBN 78624 |
| 2 | The Law Office of Adam Pennella |
| | Adam Pennella, SBN 246260 |
| 3 | 717 Washington Street |
| | Oakland, CA 94607 |
| 4 | P. (510) 451-4600 |
| | F. (510) 451-3002 |
| 5 | |
| | Counsel for Defendant |
| 6 | SANDRA HAAR |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-155 LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| SANDRA HAAR, | |
| Defendant. | |

The above-captioned matter is currently set for a sentencing hearing on January 28, 2019. Based on the information below, the parties respectfully request that the Court continue that hearing to April 1, 2019 and set the briefing schedule described below.

Defendant Sandra Haar made her initial appearance, was arraigned, and pled guilty to a two-count Information on August 13, 2018. At that time the matter was referred to U.S. Probation for completion of a Presentence Investigation Report ("PSR"). Since then, Ms. Haar has interviewed with, and provided information to, Probation. However, Probation requires additional time to complete the PSR. Moreover, undersigned defense counsel Paul Wolf is out of the country from mid-February until mid-March and government counsel is unavailable for a

1

week in late March. Therefore, April 1st is the earliest date available for all counsel and will provide Probation sufficient time to complete the PSR.

All counsel and Probation have further agreed to the following briefing schedule for this matter:

> February 4, 2019: draft PSR due to counsel
> February 19, 2019: informal objections to opposing counsel and Probation
> February 25, 2019: final PSR due to the parties and the Court
> March 4, 2019: formal objections filed with the Court
> March 11, 2019: response to formal objections filed with the Court
> March 20, 2019: sentencing memoranda filed with the Court

The parties therefore request that this matter be continued to **April 1, 2019** at 11:00 a.m. for sentencing and that the above briefing schedule be set.

**SO STIPULATED:**

Dated: December 19, 2018 _____/s/_____
Paul Wolf
Adam Pennella
Counsel for Sandra Haar

Dated: December 19, 2018 MCGREGOR SCOTT
UNITED STATES ATTORNEY

_____/s/_____
Lee Bickley
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **December 20, 2018** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE