The Law Office of Paul Wolf
Paul Delano Wolf, SBN 78624
The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002

Counsel for Defendant
SANDRA HAAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br> v.<br><br>SANDRA HAAR,<br><br>   Defendant. | Case No. CR 18-155 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

  The above-captioned matter is currently set for a sentencing hearing on April 1, 2019. Based on the information below, the parties respectfully request that the Court continue that hearing to August 12, 2019 and set the briefing schedule described below.

  Defendant Sandra Haar made her initial appearance, was arraigned, and pled guilty to a two-count Information on August 13, 2018. At that time the matter was referred to U.S. Probation for completion of a Presentence Investigation Report ("PSR"). Since then, Ms. Haar has interviewed with, and provided information to, Probation. However, Probation has not yet completed and disclosed a draft PSR to the parties. Moreover, both defense counsel and the Assistant U.S. Attorney have various trial and travel schedules that limit all counsel's

1

availability until July, 2019. August 12, 2019 was the first available date for all counsel and the Court.

All counsel and Probation have further agreed to the following briefing schedule for this matter:

> April 15, 2019: draft PSR due to counsel
> June 14, 2019: informal objections to opposing counsel and Probation
> July 8, 2019: final PSR due to the parties and the Court
> July 22, 2019: formal objections to the PSR filed with the Court
> July 29, 2019: sentencing memoranda filed with the Court

The parties therefore request that this matter be continued to **August 12, 2019** at 11:00 a.m. for sentencing and that the above briefing schedule be set.

**SO STIPULATED:**

Dated: March 28, 2019 _____/s/_____
Paul Wolf
Adam Pennella
Counsel for Sandra Haar

Dated: March 28, 2019 MCGREGOR SCOTT
UNITED STATES ATTORNEY

_____/s/_____
Lee Bickley
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **March 28, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE