The Law Offices of Paul Delano Wolf
Paul Delano Wolf, SBN 78624
The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002

Counsel for Defendant
SANDRA HAAR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>SANDRA HAAR,<br><br>    Defendant. | Case No. CR 18-155 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

    The above-captioned matter is currently set for a sentencing hearing on August 12, 2019. Based on the information below, the parties respectfully request that the Court continue that hearing to October 7, 2019 and set the briefing schedule described below.

    By way of background, defendant Sandra Haar made her initial appearance, was arraigned, and pled guilty to a two-count Information on August 13, 2018. At that time the matter was referred to U.S. Probation for completion of a Presentence Investigation Report ("PSR") and sentencing was set for late January, 2019. Ms. Haar interviewed with, and provided substantial information and documentation to Probation, in the Fall 2018. However, Probation needed

additional time to complete the PSR. Therefore, there have been multiple stipulations to continue sentencing to accommodate Probation.

The most recent stipulation and order set sentencing for August 12, 2019 with the draft PSR due April 15th and briefing schedule to follow. However, the parties did not receive the draft PSR until the afternoon of July 8, 2019. The defense requires additional time to address multiple issues raised by the PSR and the current schedule conflicts with defense counsel vacations which were planned months ago for soon after August 12.

Finally, defense counsel represents that Ms. Haar has an additional complicated medical procedure (an angiogram of the brain to determine if she still remains at risk of another stroke) that was supposed to occur in August, 2019. However, her current insurance will not cover that very costly procedure. She is currently awaiting her disability hearing (set for August 22, 2019) and her Medicare in order to have the procedure completed.

Given the above, the parties stipulate to the following briefing schedule for this matter, which is agreeable with the Probation Officer assigned to the case:

> August 26, 2019: informal objections to opposing counsel and Probation
> September 9, 2019: final PSR due to the parties and the Court
> September 23, 2019: formal objections to the PSR filed with the Court
> September 30, 2019: sentencing memoranda filed with the Court

The parties therefore request that this matter be continued to **October 7, 2019** at 11:00 a.m. for sentencing and that the above briefing schedule be set.

*//*

**SO STIPULATED:**

Dated: July 9, 2019 _____/s/_____
Paul Wolf
Adam Pennella
Counsel for Sandra Haar

Dated: July 9, 2019 MCGREGOR SCOTT
UNITED STATES ATTORNEY

_____/s/_____
Lee Bickley
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **July 9, 2019** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE