The Law Offices of Paul Delano Wolf
Paul Delano Wolf, SBN 78624
The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002

Counsel for Defendant
SANDRA HAAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>SANDRA HAAR,<br><br>　　　　Defendant. | Case No. CR 18-155 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

　　　The above-captioned matter is currently set for a sentencing hearing on October 7, 2019. Based on the information below, the parties respectfully request that the Court continue that hearing to November 4, 2019 and set the briefing schedule described below.

　　　There have been previous joint stipulations seeking continuance of sentencing in this case. Only the last one was initiated by the defense.

　　　Beginning July 24, 2019, the life partner of the lead defense counsel Paul Wolf has received a series of concerning medical reports indicating the possibility of previously unknown medical conditions. Through the time since, she and Mr. Wolf have been preoccupied with consulting about, preparing for, and undergoing many appointments and tests including an

echocardiogram, CT scan of her chest, a PET scan, and a four hour surgery on September 11, 2019. During that surgery it was confirmed that she has lung cancer and a lobe of her right lung was removed.

Soon after the surgery, a leak in her lung was diagnosed. As a result, she was sent home with a tube in her chest. She is still there (after a week) and it is unclear when it will be removed. Mr. Wolf is the only person who lives with her. At home, he is her primary caregiver. He is also her primary companion for the many past and future consultations with, and treatment by, her medical providers. She cannot drive or lift. There are upcoming hospital visits, treatments, examinations, and consultations.

Finally, pathology reports regarding the lymph nodes taken during the surgery (which were expected "within a week"), have not yet been disclosed. The length of the continuance requested is informed by reasonable hope that the tube will be removed very soon and the cancer will be determined to be Stage 1 and chemotherapy will not be required. (A CT scan of the entire lung and PET scan were both clear).

Ms. Bickley (government counsel) does not want this current sentencing date continued; but stipulates to it based on the above circumstances.

Given the above, the parties stipulate to the following briefing schedule for this matter, which is agreeable with the Probation Officer in the case. (The final PSR previously disclosed to the parties and the Court):

> October 7, 2019: formal objections to the PSR filed with the Court
> October 28, 2019: sentencing memoranda and replies to formal objections filed with the Court

The parties therefore request that this matter be continued to **November 4, 2019** at 9:00 a.m. for sentencing and that the above briefing schedule be set. (All the above dates are agreeable to the Probation Officer in the case).

**SO STIPULATED:**

Dated: September 18, 2019 _____/s/_____
Paul Wolf
Adam Pennella
Counsel for Sandra Haar

Dated: September 18, 2019 MCGREGOR SCOTT
UNITED STATES ATTORNEY

_____/s/_____
Lee Bickley
Assistant United States Attorney

**NO FURTHER CONTINUANCES as a result of this grant.**

IT IS SO ORDERED.

Dated: **September 18, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE