Law Offices of Paul Delano Wolf
Paul Delano Wolf, State Bar No. 78624
Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 451-4600
Fax (510) 451-3002

Counsel for Defendant
SANDRA HAAR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

SANDRA HAAR,

        Defendant

Case No.: CR 18-0155 LJO

**MOTION FOR ORDER TO FILE EXHIBITS UNDER SEAL; ORDER**

Honorable Lawernce J. O'Neill

DECLARATION OF COUNSEL

I, Adam Pennella, hereby declare under the penalty of perjury:

1. I am an attorney of record for defendant Sandra Haar in the above-captioned case;

2. I hereby request that the Court allow the filing of Exhibits E and F to Defendant Sandra Haar's Sentencing Memorandum and Motion for Variance to be filed under seal. This request is made because those exhibits contain letters from Ms. Haar's doctors and Dr. Mark Mills' psychiatric report about Ms. Haar, all of which should remain confidential. Those Exhibits are attached hereto.

3. The government and Probation have been provided copies of these documents.

Dated: September 28, 2019                    Respectfully submitted,


                                             ____/s/_____
                                             Adam Pennella
                                             Counsel for Sandra Haar



ORDER TO FILE UNDER SEAL


     GOOD CAUSE appearing, the motion to File Exhibits E and F to defendant Sandra

Haar's Sentencing Memorandum and Motion for Variance is GRANTED.


IT IS SO ORDERED.

     Dated:   **October 29, 2019**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE