The Law Offices of Paul Delano Wolf
Paul Delano Wolf, SBN 78624
The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002

Counsel for Defendant
SANDRA HAAR

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>SANDRA HAAR,<br><br>    Defendant. | Case No. CR 18-155 LJO<br><br>**STIPULATION AND ORDER FOR PROBATION TO INCLUDE MEDICAL RECORDS IN THE DESIGNATION PACKET** |

    The defendant was sentenced in above-captioned matter on November 4, 2019. At the conclusion of the hearing, defense counsel requested that the Court include in the Judgment a recommendation that BOP conduct a medical designation. As part of that process, the defense provided a copy of the relevant medical records to Probation to include in the designation packet. However, Probation does not provide such records absent a specific Order from the Court.

    As a result, the parties request that the Court (i) Order U.S. Probation to include as part of the designation packet the medical records provided to Probation by the defense; and (ii) include the following language in the recommendation section (page 2) of the Judgment: "The Court

1

requests that the Office of the Medical Designator at the BOP conduct a medical designation for defendant Sandra Haar."

**SO STIPULATED:**

Dated: November 5, 2019 _____/s/_____
Paul Wolf
Adam Pennella
Counsel for Sandra Haar

Dated: November 5, 2019 MCGREGOR SCOTT
UNITED STATES ATTORNEY

_____/s/_____
Lee Bickley
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **November 12, 2019** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE