# TRANSCRIPT ORDER

**CAED 435 (Rev. 04/18)**
United States District Court, Eastern District of California

**FOR COURT USE ONLY**
DUE DATE:

PLEASE Read Instruction Page (attached):

1. **YOUR NAME:** Nancie Barnett
2. **EMAIL:** deiltspirit@earthlink.net
3. **PHONE NUMBER:** 310 804 9155
4. **DATE:** 12-11-19
5. **MAILING ADDRESS:** 1713 Fairington lane
6. **CITY:** Modesto
7. **STATE:** CA
8. **ZIP CODE:** 95355
9. **CASE NUMBER:** 18-CR-155LJOSKO
10. **JUDGE:** Lawrence O'Neill

**DATES OF PROCEEDINGS**
11. **FROM:** 11-4-19
12. **TO:** 11-4-19

13. **CASE NAME:** USA vs Haar

**LOCATION OF PROCEEDINGS**
14. **CITY:** Fresno
15. **STATE:** CA

16. **ORDER FOR:**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. **TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☒ OTHER (Specify Below) | 11-4-19 | Crawford |
| ☐ JURY SELECTION | | | | | |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. **ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES 1 | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

19. **SIGNATURE:** Nancie Barnett
20. **DATE:** 12-11-19

**PROCESSED BY**
**PHONE NUMBER**

**TRANSCRIPT TO BE PREPARED BY**
**COURT ADDRESS**

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |