Amanda K. Moran SBN 311090
**MORAN LAW FIRM**
    1330 "L" Street, Suite A
    Fresno, California 93721
    T.    (559) 264-2688
    F.    (559) 264-2683
    info@moranlawfresno.com

Counsel for Defendant, SANDRA HAAR,

NORMAN HAAR
    1208 Paseo Verde Drive
    Merced, California 95348
    T.    (209) 201-2097

Spouse and Power of Attorney for Defendant.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-155 |
| Plaintiff, | |
| v. | |
| SANDRA HAAR, | DECLARATION OF DEFENDANT |
| Defendant. | |

    SANDRA HAAR, by and through her husband and power of attorney Norman Haar, and retained counsel Amanda Moran, submits this declaration of Defendant SANDRA HAAR.

    This declaration, derived from several messages sent from prison, provides details about the response of the administration at Federal Medical Center at Carswell to the COVID-19 pandemic. The Durable Power of Attorney, appointing Norman, is attached to this declaration.

1

**DECLARATION OF DEFENDANT**

The following are statements made directly by Sandra Haar, through the electronic mail system available to federal inmates called Corrlinks. They have been edited only for formatting and spelling errors.

Grammatical errors have not been corrected to preserve the integrity of the original.

**Message from March 16, 2020**

Just to catch you up. I put in the 8.5 for the Depakote I don't get and one for the brain surgery/Angiogram I have not got to save my life.

3-4 weeks before I self-surrendered I had 2 surgeries to place a HSF10 device in my right flank to help control the pain in my right foot caused from the stroke 3 years.

Since being here, the pain has continued to increase to the point of out of control. I live on Tylenol and ibuprofen. Ibuprofen causes me to be at increased risk of bleeding again because the av-malformation is not closed and I could have another stroke.

When you get this type of surgery/stimulator you have to work closely with your doctor and pharmacist to make ongoing adjustments. [Before I surrendered,] I saw them at least twice weekly to make regular adjustments to control pain.

I need adjustments again because my life has changed. I do not have access to anti-inflammatory foods that I lived on (fresh raw kayle, collards, Swiss chard, spinach, wheatgrass) All these tons of raw greens kept the inflammation down tremendously, and they worked well with the Depakote & stimulator.

Now I have increased walking and standing which makes the pain worse. All these things added together has caused me to suffer more and more and the doctors just say take Tylenol and more ibuprofen. Their hands seem to be tied.

My diet is very important. I am a vegan and intake no flesh in my diet. I need tons of greens to bring down this inflammation that is creating the pain. At home whenever I would stop eating the raw greens the pain would come back forcefully.

1    I asked the doctor [here] for at least the wheat grass and he said he cannot. I'm not
2    asking for narcotics or drugs just natural ways to decrease the pain. I'm a family nurse
3    practitioner that studies natural osteopathic medicine and I know what I'm doing and I
4    know how my body responds.
5    Tell the judge to send me home so I can take care of this pain and get the brain
6    surgery/angiocath to save my life. They have increased my risk of re-stroke tremendously
7    because of their rules. Also so I can meet with my pain stimulator doctor and HSF10 drug
8    rep to make the ongoing adjustments.
9    My judge knows about none of these issues.
10
11   **Email from March 25, 2020**
12   [Providing detail about operations in her unit.]
13
14   Im am housed at CC5 which stands for 5th Floor Chronic Care. We have no
15   medical staff here only a Officer.. A girl/inmate went to Sick Call 3 days ago with
16   fever, bad sore throat and cough she was sent back to our unit told to take
17   Amoxicillin for the throat infection and to wear a mask. She wears a mask most of
18   the time but we have over 90 inmates up here...No isolation and the biggest issue is
19   they did not test her for the Corona Virus..No nasal swab or blood test....how crazy
20   is that?
21   Our President needs to know this stuff our governor as well.  See what you
22   can do.
23
24   **Email from March 25, 2020**
25   [Providing a summary of medical issues.]
26
27   1.  Need for brain surgery/Angiocath. See Dr. Lee report neurosugeon report 10/20/19.
28   [I am] currently at a 9% chance of re-bleed due to my lesion was still open on last

angiogram. this would cause another severe stroke like happened before.

2. [I have a] history of MRSA [infection] see Dr. Pearlamas report this increases my risk of infection when I get sick its hard for me to recover.

3. Stroke see Dr. Lee report feb 12, [20]18

4. Dr. Pazouki neurologist report

5. Dr. English report

6. New 3 weeks prior to self surrender had spinal surgery placement of neurostimulator implant to control pain to right foot aftermath of stroke that created severe neuropathy. Pain was controlled before coming here now that Im here BOP wont give my Depakote self carry they make me stand in 2 hours plus per day of pill line to get the medication, which makes the pain out of control Ive reported to doctors and in the 2nd phase of appeals process with rejections of help so far I need ongoing adjustments to the stimulator by the surgeon that placed it in conjunction with the manufacturer rep to do the computer portion of the adjustments. I got adjustments 2x week before and need them again and cannot get them.

7. Labs Hemoglobin 9.3 normal [is] 12-16 [and] proves I have ongoing anemia which keeps me at risk

8. Modesto Heart Vascular Institute Dr. Reza Vafadouste read his report [it is] well written

9. Dr. Manilito Castillo my psychiatrist great letter

10. Dr. Dris Madha gastroenterologist docuemts my severe life threatening gastric reflux that cause[s] aspiration pneumonia and need for hospital bed

11. Overcrowding here in everyday long lines 50-60 people all day long. Dining halls pack with people in close proximity they are trying to separate us but cannot each dining hall meal time has 50-75-100 or more people they are trying but they cannot provide social distancing

4

*United States v. Haar,* 1:18CR-155
DECLARATION OF DEFENDANT

> If you get sick here they just send you away and tell you to go buy Tylenol or cough syrup on commissary even though they know commissary is closed..no masks no gloves no hand sanitizer just regular soap in bathroom
>
> We ask for handsanitizer in all halls to only be denied, we believe the virus is here but they seem to keep it hush hush...they took people away with doctors with them no sure the details.

**Email from March 25, 2020**

[Providing detail of the FMC Carswell response to Compassionate Release requests.]

> Judge O'Neil retired a few months ago my older attorneys told me. Ill will find out how to get a compasonate release to the warden but he a week ago denied a frail 78 year olds she had lots of medical issues. They really do seem to lack compassion here. Ill keep you updated
>
> PS I came here walking with the use of a cane I now walk with a walker and if the pain is not dealt with and continues to progress I may be in a wheelchair soon and they don't care here

I, Norman Haar, duly appointed Power of Attorney for my wife, Sandra Haar, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing declarations of Sandra Haar are true and correct, being changed only as stated above:

Dated: April 6, 2020.

Signed with Active Power of Attorney

for Defendant SANDRA HAAR:

/s/_____
NORMAN HAAR
Attorney-In-Fact for Defendant

Respectfully submitted by:

_____/s/_____
Amanda K. Moran, SBN 311090
Retained Counsel for Defendant
1330 "L" Street
Fresno, CA 93721
(559) 264-2688
info@moranlawfresno.com

## CERTIFICATE OF SERVICE

I, undersigned counsel for Defendant Sandra Haar, declare under penalty of perjury that I have served the foregoing DECLARATION OF DEFENDANT upon the captioned parties by electronically filing it with the U.S. District Court for the Eastern District of California using its ECF System, which electronically notifies the parties.

Executed on April 6, 2020

/s/Amanda K. Moran_____
Amanda K. Moran, SBN 311090
Counsel for Defendant
