IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-155 |
| Plaintiff, | |
| v. | |
| SANDRA HAAR, | **SEALING ODER** |
| Defendant. | |

BEFORE THE COURT is Defendant's request to seal exhibits 1-8 to her Motion to Modify Sentence under 18 U.S.C. §3582(c)(1)(a). Being fully informed, and after due consideration of the balance between the public interest of access to court records and the defendant's privacy it is ORDERED that:

Defendant's request to seal medical records (exhibits 1-(A-H)) is: **GRANTED**
Defendant's request to seal a Power of Attorney (exhibit 2) is: **GRANTED**

IT IS SO ORDERED.

Dated: __**April 6, 2020**__   _____
UNITED STATES DISTRICT JUDGE

_United States v. Haar, 1:18CR-155_