McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00155-DAD-SKO |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN RESPONDENT'S NOTICE |
| v. | |
| SANDRA HAAR, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Respondent's Request to Seal, IT IS HEREBY ORDERED that the Respondent's Exhibit 2 to Government's Opposition to Defendant's Motion to Reduce Sentence Pursuant to U.S.C. § 3582(c)(1)(A) Compassionte Release, for Failure to Establish Extraordinary and Compelling Circumstances pertaining to defendant Sandra Haar, and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Governments's motion serves a compelling interest. The Court

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1

further finds that, in the absence of closure, the compelling interests identified by the

government would be harmed.  In light of the public filing of its request to seal, the Court further finds

that there are no additional alternatives to sealing the government's motion that would adequately

protect the compelling interests identified by the government.

IT IS SO ORDERED.

    Dated:   **April 13, 2020**                                    

UNITED STATES DISTRICT JUDGE