Amanda K. Moran SBN 311090
**MORAN LAW FIRM**
    1330 "L" Street, Suite A
    Fresno, California 93721
    T.    (559) 264-2688
    F.    (559) 264-2683
    info@moranlawfresno.com

Counsel for Defendant, SANDRA HAAR,

NORMAN HAAR
    1208 Paseo Verde Drive
    Merced, California 95348
    T.    (209) 201-2097

Spouse and Power of Attorney for Defendant.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-155 |
| Plaintiff, | |
| v. | **ANSWER TO MINUTE ORDER [37]** |
| SANDRA HAAR, | DECLARATION OF DEFENDANT IN RE: APPLICATION AND DENIAL OF BOP ADMINISTRATIVE REQUEST FOR COMPASSIONATE RELEASE |
| Defendant. | |

    SANDRA HAAR, by and through her husband and Attorney-In-Fact Norman Haar, and retained counsel Amanda Moran, submits this declaration of Defendant SANDRA HAAR.

    This declaration, derived from messages sent from prison, provides details about Defendant HAAR's request for compassionate release, and the response of the administration at Federal Medical Center at Carswell denying that request. The Durable

Power of Attorney, appointing Norman, has already been supplied in a prior declaration.

## DECLARATION OF DEFENDANT

The following statement was made directly by Sandra Haar, through the electronic mail system available to federal inmates called Corrlinks. It has been edited only for formatting and spelling errors.

Grammatical errors have not been corrected to preserve the integrity of the original.

**Message from May 14, 2020**

I first applied through Mrs. Little Warden's person. I gave you that date then a few days later I submitted a request with a stack of supporting documents about my conditions from my doctors.

I filed a second request for compassionate release on 3/31/20 got denial on 5-6-20. I got 2 denials one earlier than that date also from the first request, the denials were generic and all said the same for all the girls they say 100 percent were blanketly denied.

I sent off the last administrative remedy yesterday the 5/13/20 to the regional office they have the copy due to lock down so no staff here will make us copies. If you need a copy of the denial pleas call regional office in Grand Prarie Texas BOP Office.

I, Norman Haar, duly appointed Power of Attorney for my wife, Sandra Haar, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing declarations of Sandra Haar are true and correct, being changed only as stated above:

Dated: May 14, 2020.

Signed with Active Power of Attorney
for Defendant SANDRA HAAR:

/s/_____
NORMAN HAAR
Attorney-In-Fact for Defendant

Respectfully submitted by:

          /s/
Amanda K. Moran, SBN 311090
Retained Counsel for Defendant
1330 "L" Street
Fresno, CA 93721
(559) 264-2688
info@moranlawfresno.com

## CERTIFICATE OF SERVICE

I, undersigned counsel for Defendant Sandra Haar, declare under penalty of perjury that I have served the foregoing DECLARATION OF DEFENDANT upon the captioned parties by electronically filing it with the U.S. District Court for the Eastern District of California using its ECF System, which electronically notifies the parties.

Executed on May 14, 2020

/s/Amanda K. Moran
Amanda K. Moran, SBN 311090
Counsel for Defendant