UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: SANDRA HAAR.<br><br>_____<br><br>SANDRA HAAR,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO,<br><br>Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>Real Party in Interest. | No. 20-72430<br><br>D.C. No. 1:18-cr-00155-LJO-SKO-1<br>Eastern District of California, Fresno<br><br>ORDER |

Before: SILVERMAN, McKEOWN, and BRESS, Circuit Judges.

The petition for a writ of mandamus is denied without prejudice to the filing of a new petition if the district court has not ruled on petitioner's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) within 10 days.