UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRA HAAR,<br><br>    Defendant. | CASE NO. 1:18-CR-00155-JLT-SKO (HC)<br><br>ORDER GRANTING IN PART RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 76) |

On January 12, 2022 the United States requested an extension of time, from February 18, 2022 to May 26, 2022, to file its response to Defendant Haar's supplemented 28 U.S.C. § 2255 motion. (Docs. 61, 75.)

The government contends that an extension of more than three months is necessary because Defendant's motion "raises several issues about a historical case" and "[c]ase files will need to be accessed, which will take time." (Doc. 76 at 2.) The government also notes that counsel was on vacation when Defendant filed her supplemental brief and therefore lost time to respond. However, the government was on notice before Defendant filed her supplemental brief—per the Court's November 10, 2021 scheduling order—that its response to Defendant's supplemented § 2255 petition would be due on March 10, 2022 at the latest. (Doc. 74.) This provided the government ample time to begin accessing the necessary case files, particularly as Defendant's supplement to her § 2255 petition did not include grounds for relief not already discussed in her original petition filed November 17, 2020. (Doc. 61.)

/////

/////

1

Understanding that the government also requests this extension to accommodate counsel's two contested sentencings in February 2022, as well as a planned vacation in March, the Court will grant a more modest extension.[1]

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted in part. The response is now due April 29, 2022.  Defendant's reply is due on or before June 24, 2022.

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] Any further requests for extensions of time filed by Respondent will be viewed with disfavor and must be supported by a detailed explanation of progress that has been made and the reasons additional time is required.